**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| **IN RE:  YASMIN AND YAZ** )<br>**(DROSPIRENONE) MARKETING, SALES** )<br>**PRACTICES AND PRODUCTS LIABILITY** )<br>**LITIGATION** ) | **3:09-md-02100-DRH**<br><br>**MDL No. 2100** |

**This Document Relates To:**

| | |
|---|---|
| *Rosalynda Epley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10373-DRH |
| *Judith Green v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13449-DRH |
| *Geneva Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11696-DRH |
| *Fallon Lynch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11037-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
>
> BY: __/s/*Caitlin Fischer*__
> **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2014.05.21
10:56:12 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**